# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRANCES ELIZABETH CLAYBOURN

VERSUS

PHILLIP A. WITTMANN AND
STONE PIGMAN WALTHER
WITTMANN, L.L.C.

NO.   2026 CW 0584

**JULY 13, 2026**

---

In Re:   Phillip A. Wittmann and Stone Pigman Walther Wittmann,
L.L.C., applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No. 768263.

---

BEFORE:   **THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

**MRT**
**WIL**

**Miller, J.,** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT